IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EVELYN ISAACS,

    Plaintiff,                                         Case No. 3:22-cv-128

vs.                                                  District Judge Michael J. Newman
                                                      Magistrate Judge Karen L. Litkovitz

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 16); AND (2) AWARDING PLAINTIFF $3,483.75 IN EAJA FEES**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $3,483.75.  Doc. No. 16.  Based upon the parties' joint stipulation, in which they present no dispute that all requirements are met for the reasonable award of EAJA fees and that the EAJA award satisfies all of Plaintiff's claims for fees, costs, and expenses, the Court: (1) **GRANTS** the parties' joint stipulation (doc. no. 16); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $3,483.75.  As no further matters are pending for review, this case remains **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

January 13, 2023                                                 s/*Michael J. Newman*
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge